UNITED STATES, Appellee,

v.

Private First Class James M. CRAIG,
SSN 212–72–7225, United States
Army, Appellant.

SPCM 19687.

U.S. Army Court of Military Review.

14 Oct. 1983.

Major Paul J. Luedtke, JAGC, and Colonel William G. Eckhardt, JAGC, were on the pleadings for appellant.

Lieutenant Colonel John T. Edwards, JAGC, was on the pleadings for appellee.

Before WOLD, NAUGHTON and CO-HEN, Appellate Military Judges.

OPINION OF THE COURT

PER CURIAM:

After announcing sentence, the military judge failed to review the sentence limitations specified by the pretrial agreement as required by *United States v. Green,* 1 M.J. 453 (CMA 1976). We find that the military judge's failure in this instance does not affect the providence of appellant's pleas since the providence inquiry reveals that appellant and his counsel had a clear understanding of the terms and effect of the pretrial agreement. Moreover, the limitations imposed by the agreement were mooted by the lenient sentence adjudged. *See United States v. Crawford,* 11 M.J. 336 (CMA 1981); *United States v. Hinton,* 10 M.J. 136 (CMA 1981). However, we remind military judges that *United States v. Green, supra,* and *United States v. King,* 3 M.J. 458 (CMA 1977), impose clear procedural requirements that must be met before a plea is declared provident. Military judges are well advised to comply with those requirements.

The findings of guilty and the sentence are affirmed.